THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEREIDA MENDEZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04 C 4159 |
| | ) Honorable Mark Filip |
| PERLA DENTAL, DENTAL PROFILE | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFF'S ILLINOIS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM**

Pursuant to Federal Rule of Civil Procedure 50(a), Defendants Perla Dental, Dental Profile move this Court to enter Judgment as a Matter of Law in favor of Defendants on Plaintiff's Illinois intentional infliction of emotional distress (IIED) claim. Taking all the evidence from Plaintiff's case-in-chief, there is no legally sufficient evidentiary basis for a reasonable jury to find for the Plaintiff on her Illinois IIED claim. Defendants are entitled to Judgment as a Matter of Law because Plaintiff's case-in-chief, even if taken as true, failed to prove Illinois IIED by a preponderance of the evidence. In support of its Motion, Defendants submit their Memorandum in Support.

WHEREFORE, Defendants Perla Dental, Dental Profile request that this Court enter Judgment as a Matter of Law for Defendants in their favor on Plaintiff's Illinois IIED claim.

Respectfully submitted,

PERLA DENTAL, DENTAL PROFILE

By: s/ Brian J. Kurtz
One of their attorneys

Craig R. Thorstenson
Brian J. Kurtz
FORD & HARRISON LLP
55 East Monroe Street – Suite 2900
Chicago, Illinois 60603
(312) 332-0777 (ph)
(312) 332-6130 (fax)

Dated: April 25, 2007

## CERTIFICATE OF SERVICE

I, Craig R. Thorstenson, an attorney, certify that on April 25, 2007 I served the foregoing DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW and MEMORANDUM IN SUPPORT upon the following via personal hand delivery:

>Dana L. Kurtz, Esq.
>414 South State Street
>Lockport, IL 60441

>s/ Brian J. Kurtz
>Brian J. Kurtz