IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
JUL - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NEREIDA MENDEZ, | |
| Plaintiff, | |
| v. | Case No. 04 C 4159 |
| DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL, DENTAL PROFILE, | Judge Samuel Der-Yeghiayan |
| Defendants. | |

## AMENDED CITATION NOTICE

**Judgment Debtors last known:**

Dentists P.C., d/b/a Perla Dental, 106 N. Broadway, Melrose Park, Illinois 60160

Dental Profile, Ltd., 106 N. Broadway, Melrose Park, Illinois 60160

**Creditor's Attorney:**

Kurtz Law Offices, LLC, 414 S. State Street, Lockport, Illinois 60441, Phone: 815-838-0968

**Judgment in the amount of $387,931.25.**

**Name of persons receiving citation:**

**Dentists P.C., d/b/a Perla Dental**
106 N. Broadway
Melrose Park, Illinois 60160

NOTICE: The court has issued a citation against the person above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date shown above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000.00 in value, in any personal property as chosen by the debtor.

(2) Social Security and SSI benefits.

(3) Public Assistance benefits.

(4) Unemployment Compensation benefits.

(5) Worker's Compensation benefits.

(6) Veteran's benefits.

(7) Circuit Breaker Property Tax Relief benefits.

(8) The debtor's equity interest not to exceed $750.00 in value, in any implements professional books, or tools of the trade of the debtor.

(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500.00, which homestead is exempt from judgment.

(10) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(11) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earning for a week exceed 30 times the federal minimum hourly wage.

(12) Pension and Retirement benefits and refunds may be claimed as exempt under Illinois Law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the United States District Court, Northern District of Illinois. When so notified, the Clerk of the United States District Court, Northern District of Illinois will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the judgment debtor's attorney and sent to the judgment creditor regarding the time and location of the hearing.

This notice may be sent by regular first class mail.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that she caused a copy of the foregoing Notice to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and served upon all counsel of record and this Citation Notice was sent by first class mail, postage prepaid, to the Judgment Debtor on July 1, 2008.

Dentists P.C., d/b/a Perla Dental
Dental Profile, Ltd.
James E. Dahl
DAHL & BONADIES
225 West Washington, Suite 1640
Chicago, Illinois 60606

_____
Dana L. Kurtz