## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 04CV4159      Assigned/Issued By: DAJ

Judge Name:      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

     _____
     *(Victim, Against and $ Amount)*

☑ Citation to Discover Assets      ☐ Other

☐ Writ _____
     *(Type of Writ)*      _____
         *(Type of issuance)*

<u>2</u> Original and <u>2</u> copies on <u>08/11/10</u> as to _____
         *(Date)*

DR. HUSAM ALDAIRI, MOHAMMAD ABU GHOUSH. NO NOTICES