**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NEREIDA MENDEZ, | ) | Case No. 04 C 4159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Hon. Samuel Der-Yeghiayan |
| v. | ) | Room 1903 |
| | ) | |
| DENTISTS, P.C., DENTAL PROFILE, INC., | ) | |
| PERLA DENTAL, and DENTAL PROFILE, | ) | Hearing Date: October 15, 2010 |
| | ) | Hearing Time: 10:00 a.m. |
| Defendants. | ) | |

**NOTICE OF FILING**

To:  See Attached Service List

PLEASE TAKE NOTICE THAT on October 14, 2010, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **VERIFICATIONS OF HUSAM ALDAIRI AND RAWAA ATTAR IN SUPPORT OF EMERGENCY MOTION TO INTERVENE, TO QUASH, AND FOR INJUNCTIVE RELIEF,** a copy of which is attached hereto and served upon you
.

**HUSAM ALDAIRI, RAWAA ATTAR, ELGIN DENTAL, LTD., ELGIN DENTAL PROFILE, LTD., AYA DENTAL, LTD., AT DENTAL, LTD., DENTAL PROFILE MICHIGAN, LTD., A2Z DENTAL, LTD., GUADALUPE DENTAL, INC., HYDE PARK DENTAL PROFILE, LTD., NORTH DENTAL PROFILE, INC., SAN VALENTINO, INC., AL DAIRI INVESTMENT PARTNERSHIP, AYAT MEDIA, INC., AND DENTAL PROFILE BURBANK,** Proposed Intervenors

By: /s/      Ariel Weissberg
     One of their Attorneys

Ariel Weissberg, Esq. (#03125591)
Robert Kuehl, Esq. (#6271281)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
312-663-0004

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, certify that on October 14, 2010, I caused to be served **VERIFICATIONS OF HUSAM ALDAIRI AND RAWAA ATTAR IN SUPPORT OF EMERGENCY MOTION TO INTERVENE, TO QUASH, AND FOR INJUNCTIVE RELIEF** to be filed electronically. Notice of this filing was sent by the court's ECF electronic transmission to the following parties:

**Nicholas V. Dizonno, Esq.**
Serpe Dizonno & Associates, Ltd.
One Pierce Place, Suite 150C
Itasca, Illinois 60143
Phone: 630-250-5300
Fax: 630-250-5301
NDizonno@sdlalaw.com

**Dana L. Kurtz, Esq.**
Kurtz Law Offices, Ltd.
414 South State Street
Lockport, IL 60441
Phone: (815) 838-0968
Fax: (312) 893-2239
Email: dkurtz@kurtzlaw.us

**Marshall J. Burt, Esq.**
Law Offices of Marshall J. Burt
77 West Washington Street, Suite 1900
Chicago, IL 60602
Phone: (312) 419-1999
Fax: 312-456-0237
Email: mjburt@mindspring.com

**Cindy M. Johnson, Esq.**
Johnson Legal Group, LLC
39 S. LaSalle Street, Suite 820
Chicago, IL 60603
Phone: (312) 345-1306
Email: cjohnson@jnlegal.net

**Edgar P. Petti, Esq.**
Petti Murphy & Associates
22 S. Fourth St. Ste. B
Geneva, IL 60134
Phone: (630) 232-9303
Email: epetti@pettimurphylaw.com

Notice of this filing was sent by facsimile transmission to the following parties:

**Pierre Cristache, Esq.**
Belangi, Shapiro & Frank
20 S. Clark, Suite 300
Chicago, IL 60603
Fax No. (312) 662-1040

**Ms. Judy Lernor**
Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL 60523
Fax No. 630-928-1479

                                  _____/s/ Ariel Weissberg_____
                                        Ariel Weissberg

## VERIFICATION

I, Rawaa Attar, on behalf of Proposed Intervenors, under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
Rawaa Attar

## VERIFICATION

Under penalties as provided by law pursuant to 28 U.S.C. 1746, I verify, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of October, 2010.

_____
Husam Aldairi