**Dana Kurtz**

| | |
|---|---|
| **From:** | Edward Freud [EPFREUD@rwrlaw.com] |
| **Sent:** | Friday, October 07, 2011 7:56 AM |
| **To:** | Dana Kurtz |
| **Subject:** | RE: Mendez v. Dentist Profile, et al |

This proposed order is acceptable. ED

---

**From:** Dana Kurtz [mailto:dkurtz@kurtzlaw.us]
**Sent:** Friday, October 07, 2011 6:52 AM
**To:** Edward Freud
**Subject:** RE: Mendez v. Dentist Profile, et al

Ed, since I did not hear from you, I took a stab at revising both the proposed motion and order. Please make whatever changes in "redline," and return. I would like to file this today.

*Dana*

Dana L. Kurtz, Esq.
Kurtz Law Offices, Ltd.
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

THIS IS A CONFIDENTIAL COMMUNICATION: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*