**KLO Bill of Costs Report:**

**Mendez v. Perla Dental**

Matter ID: 2030528

**Costs incurred to date re: Republic Bank Citation**

| Date | Expense | Description | Amt | Rate | Fees | Total |
|------|---------|-------------|-----|------|------|-------|
| 10/11/10 | Summons | Service of Citation/Summons Republic Bank Darien | 1 | | $ 6.49 | |
| 10/11/10 | Summons | Service of Citation/Summons Republic Bank Oak Brook | 1 | | $ 6.49 | |
| | | | | | | $ 12.98 |
| | | | | | | |
| 10/07/10 | Copy | Citation issued to Republic Bank Darien (Internal Copies) | 64 | 0.15 | $ 9.60 | |
| 10/07/10 | Copy | Citation issued to Republic Bank Oak Brook (Internal Copies) | 64 | 0.15 | $ 9.60 | |
| 08/27/10 | Copy | Republic Bank Copy/Processing Costs for Records | 1 | | $ 400.00 | |
| 03/04/11 | Copy | Republic Bank Copy/Processing Costs for Records | 1 | | $ 345.80 | |
| 08/22/11 | Copy | Dkt 497 Judge Courtesy Copy | 72 | 0.15 | $ 10.80 | |
| 09/06/11 | Copy | Dkt 520 Judge Courtesy Copy | 2 | 0.15 | $ 0.30 | |
| 09/14/11 | Copy | Dkt 532 Judge Courtesy Copy | 160 | 0.15 | $ 24.00 | |
| 11/01/11 | Copy | Dkt 587 Judge Courtesy Copy | 123 | 0.15 | $ 18.45 | |
| 12/27/11 | Copy | Dkt 608 Judge Courtesy Copy | 10 | 0.15 | $ 1.50 | |
| | | | | | | $ 820.05 |
| | | | | | | |
| 10/27/10 | Court Reporter | 10/15/10 Hearing Transcript (Inv. 20100146) | 1 | | $ 289.00 | |
| | | | | | | $ 289.00 |

**Total Expenses for Mendez v. Perla Dental matter to-date for Republic Bank**          **$ 1,122.03**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

NEREIDA MENDEZ,

    Plaintiff,

    v.

DENTISTS, P.C., DENTAL PROFILE, LTD.,
PERLA DENTAL, DENTAL PROFILE,

    Defendants.

Case No.  04 C 4159

Judge Samuel Der-Yeghiayan

## CITATION TO DISCOVER ASSETS TO THIRD PARTY

To:   **Republic Bank of Chicago**
      **1510 75th Street**
      **Darien, Illinois 60561**

    **YOU ARE COMMANDED** to appear at Kurtz Law Offices, LLC, 414 South State Street, Lockport, Illinois on **October 21, 2010 at 1:00 p.m.** to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

    A judgment in favor of Nereida Mendez was entered herein on April 27, 2007 in the amount of $781,181.25 against Defendants DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, which remains unsatisfied.

    **Your answer will inform the Court as to any and all accounts and property you may hold belonging to, held in part by, or for which any deposits and/or transactions were made DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE. Funds for these entities are being held under the account name of <u>AYA DENTAL, LTD, AYA DENTAL, HUSAM ALDAIRI, RAWAA ATTAR, DENTISTS, P.C., DENTAL PROFILE, LTD., DENTAL PROFILE, INC., ELGIN DENTAL, LTD., ELGIN DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, HUSGUS, LLC, AKA DENTAL, LTD., AT DENTAL, LTD., DENTAL PROFILE MICHIGAN, LTD. , A2Z DENTAL, LTD., GUADALUPE DENTAL, INC., HYDE PARK DENTAL PROFILE, LTD., NORTH DENTAL PROFILE, INC., SAN VALENTINO, INC., AL DAIRI INVESTMENT PARTNERSHIP, AYAT MEDIA, INC., DENTAL PROFILE BURBANK.</u>**

    YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of the Court in accordance with the Federal Rules of Civil Procedure Rule 69 and Supreme Court Rule 277(f), or until this Citation is dismissed by the Court or by Stipulation.

    **YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any

money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of money beyond double the amount of the judgment.

**WARNING:** YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT. 735 ILCS 5/2-1402(d)(1).

**WARNING: YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

MICHAEL W. DOBBINS
CLERK

By: Deputy Clerk

OCT 07 2010

DATE

## CERTIFICATE OF ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1.  Judgment in the amount of $781,181.25
2.  Name of Court:  United States District Court, Northern District of Illinois
3.  Case No. 04 C 4159

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS § 5/1-109 to the Court that the following information is true.

_____
Dana L. Kurtz

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD.
414 South State Street
Lockport, Illinois  60441
Phone:  815.838.0968
Facsimile:  312.893.2239
E-mail:  dkurtz@kurtzlaw.us

## ANSWER

I, _____, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)    Savings Account (Amount withheld)

      $_____

B)    Checking and/or Now Account (Amount withheld)

      $_____

C)    Certificate of Deposit (Amount held)

      $_____

D)    Money Market Account (Amount held)

      $_____

E)    Trust Account (Amount held)

      $_____

F)    Safety Deposit Box

      $_____

G)    Now Accounts

      $_____

H)    Adverse Claimant:  Name _____

      Address:_____

I)    Wages, Salary or Commissions

_____

J)    Other Personal Property (Describe)

_____

Attach a sheet for any additional information required by the Citation

Subtotal_____

Less right of offset for other loans

_____

Less deduction for fees limited by 205 ILCS § 5/48.1

_____

Total:

_____

According to the business records kept by the Citation Respondent we show the above account to be correct.

_____
Agent for Citation Respondent

Dated: _____

## CERTIFICATE OF SERVICE

  I, Dana L. Kurtz, on oath states:  I am over 21 years of age and not a party to this case.  I served the citation to discover assets as follows:  on the third party by mailing a copy on October *11*, 2010, by certified mail addressed to agent of the third party defendant, return receipt requested, green card receipt of service attached hereto.

_____
Signed and sworn by party making service

October *11*, 2010_____


**Attorney for Judgment Creditor:**

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD.
414 South State Street
Lockport, Illinois  60441
Phone:  815.838.0968
Facsimile:  312.893.2239
E-mail:  dkurtz@kurtzlaw.us

NEREIDA MENDEZ,

    Plaintiff,

    v.

DENTISTS, P.C., DENTAL PROFILE, LTD.,
PERLA DENTAL, DENTAL PROFILE,

    Defendants.

Case No.  04 C 4159

Judge Samuel Der-Yeghiayan

## CITATION TO DISCOVER ASSETS

To: **Republic Bank of Chicago
1510 75th Street
Darien, Illinois 60561**

    **YOU ARE COMMANDED** to appear at Kurtz Law Offices, LLC, 414 South State Street, Lockport, Illinois on **October 21, 2010 at 1:00 p.m.** to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

    A judgment in favor of Nereida Mendez was entered herein on April 27, 2007 in the amount of $781,181.25 against Defendants DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, which remains unsatisfied.

    **Your answer will inform the Court as to any and all accounts and property you may hold belonging to, held in part by, or for which any deposits and/or transactions were made DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE. Funds for these entities are being held under the account name of <u>AYA DENTAL, LTD, AYA DENTAL, HUSAM ALDAIRI, RAWAA ATTAR, DENTISTS, P.C., DENTAL PROFILE, LTD., DENTAL PROFILE, INC., ELGIN DENTAL, LTD., ELGIN DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, HUSGUS, LLC, AKA DENTAL, LTD., AT DENTAL, LTD., DENTAL PROFILE MICHIGAN, LTD. , A2Z DENTAL, LTD., GUADALUPE DENTAL, INC., HYDE PARK DENTAL PROFILE, LTD., NORTH DENTAL PROFILE, INC., SAN VALENTINO, INC., AL DAIRI INVESTMENT PARTNERSHIP, AYAT MEDIA, INC., DENTAL PROFILE BURBANK.</u>**

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of the Court in accordance with the Federal Rules of Civil Procedure Rule 69 and Supreme Court Rule 277(f), or until this Citation is dismissed by the Court or by Stipulation.

**YOU ARE COMMANDED** to produce at the examination:

See attached Exhibit A, Demand for Documents.

And all books, papers or records in possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

MICHAEL W. DOBBINS
_____
CLERK

_____
By: Deputy Clerk

OCT 07 2010
_____
DATE

# CERTIFICATE OF ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount of $781,181.25
2. Name of Court: United States District Court, Northern District of Illinois
3. Case No. 04 C 4159

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

_____
Dana L. Kurtz

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

# EXHIBIT A
## DEMAND FOR DOCUMENTS

Unless otherwise specified, these requests require production of documents generated, created, possessed, or maintained by you at any time from January 1, 2003 to the present.

1.     Each and every document showing funds of Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and what accounts they are being held in, including in other account holder names.

2.     All bank accounts and bank statements from January 1, 2003 <u>to the present</u> for which any funds of the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank are being held or have been held, whether held in the name of the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or some other account name. Also produce all other documents reflecting all other information relating or referring to those accounts.

3.     Each document that relates or refers to the description and/or location of each parcel of real property in which the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank has an interest (including equitable and future interests, beneficial interests in land trusts, interests is estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for his own benefit).

4.     Each document that relates or refers to each of the following types of personal property in which the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank has as interest:

(a) Cash on hand, including but not limited to any funds located anywhere that are in the form of currency, coin, or precious metal

(b) Deposits of money with banking institutions, savings and loan associations, credit unions, public utility companies, landlords, and others (including, without limitation, checking accounts, savings accounts, and certificates of deposit)

(c) Automobiles, trucks, trailers, boats, and other vehicles

(d) Office equipment, furnishings, and supplies

(e) Machinery, fixtures, equipment, and supplies used in business

(f) Inventory and non-cash proceeds of inventory

(g) Tangible personal property of any description

(h) All intangible personal property

(i) Government bonds

(j) Notes receivable

(k) Other negotiable and non-negotiable instruments

(l) Insurance policies, including all documents which relate to or refer to surrender of refund values of each

(m) Stocks and interests in incorporated and unincorporated companies

(n) Interests in partnerships

(o) Liquidated debts owed to Judgment Debtor

(p) Contingent and unliquidated claims of every nature, including but not limited to accounts receivable

(q) All checking, savings, certificate of deposit, business banking, and personal banking accounts held jointly with your spouse, children, partners, associates, or corporation or directors, including any and all statements and cancelled checks for said accounts for the last five (5) calendar years

5. Each document that relates or refers to the market value of the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile,

Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank's interest in each type of personal property referred to in paragraph 2 above.

6.      Each federal and state income tax return filed by the Judgment Debtor Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank for 2010.

7.      Each financial statement filed by or which relates to the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank for any period of time within the past five (5) years.

8.      Any partnership agreement or statements and recordings concerning this partnership within the past five (5) years, including but not limited to records of issued stock and consideration paid therefor, and records of salaries paid to any employee, officer, and agent of the partnership within the past five (5) years.

9.      General ledger, cash receipts and disbursement ledger, accounts payable, or other ledgers or journals used by the company to prepare financial statements and/or tax returns for AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, in computer form if kept as such in the ordinary course of business, or in the alternative, in hard copy form;

10.     General ledger, cash receipts and disbursement ledger, accounts payable, or other ledgers or journals used by the company to prepare financial statements and/or tax returns for Husam Aldairi in computer form if kept as such in the ordinary course of business, or in the alternative, in hard copy form;

11.     General ledger, cash receipts and disbursement ledger, accounts payable, or other ledgers or journals used by the company to prepare financial statements and/or tax returns for any affiliated companies or corporate entities, parent corporate entities, subsidiaries, predecessors, or successors of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank if kept as such in the ordinary course of business, or in the alternative in hard copy form.

12. Copies of all documents constituting drafts, notes, or work papers relative to, regarding, or concerning the tax returns requested in the preceding two requests.

15. Copies of all Income Statements, Profit/Loss Statements, Balance Sheets, audits (internal and external), or Statements of Net Worth of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or any affiliated companies or corporate entities, parent corporate entities, subsidiaries, predecessors, or successors of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

16. Copies of all documents evidencing gross revenue, net revenue, gross profit, net profit, or retained earnings of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

17. Copies of all documents evidencing any and all payments of money, transfer of assets, transfer of ownership interest in AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or transfer of any consideration to, for the benefit of, or on behalf of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and any company or corporation affiliated with AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or any family member related by blood or marriage to Husam Aldairi.

18. Copies, of all documents evidencing any and all transfers, assignments, sales, or gifts of assets previously owned or possessed by AYA Dental, Ltd., AYA Dental, Husam

Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank from January 1, 2003 to the present.

19.     Copies of all documents evidencing any and all transfers, assignments, or sales of stock, shares, or ownership interests in AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank from January 1, 2003 to the present.

20.     Copies of all documents evidencing any payments or transfers of money to any of the owners of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or their family members from January 1, 2003 to the present.

21.     Copies of all documents evidencing any loans of money between AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and any of its owners or their family members.

22.     Copies of all documents evidencing any current or long term indebtedness of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

23.     Copies of all documents reflecting ownership of any property by AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and the sale or transfer of any of the same from January 1, 2003 to the present.

24.     A backup or "accountant's copy of Quickbooks" from January 1, 2003 to the present for AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla

Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

## DEFINITIONS

As used in the foregoing DEMAND FOR DOCUMENTS, the following words and phrases have the stated definitions:

"Document"                means writings, drawings, graphs, charts, photographs, passbooks, checks, certificates, deeds, mortgages, and all other written records of any type whatsoever.

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

## CERTIFICATE OF SERVICE

I, Dana L. Kurtz, on oath states: I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows: on the third party by mailing a copy on October *11*, 2010, by certified mail addressed to agent of the third party defendant, return receipt requested, green card receipt of service attached hereto.

_____
Signed and sworn by party making service

October *11* 2010
_____

**Attorney for Judgment Creditor:**

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com**®

**O F F I C I A L   U S E**

| | | |
|---|---|---|
| Postage | $ | 6.49 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

Postmark Here

MENDEZ
10.11.10

7009 2250 0003 4016 9235

Sent To *REPUBLIC BANK OF CHICAGO*
Street, Apt. No.; or PO Box No. *1510 75th STREET*
City, State, ZIP+4 *DARIEN, IL 60561*

PS Form 3800, August 2006      See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Khaled Abbadi_    ☐ Agent
                      ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

Republic Bank of Chicago
1510 75th Street
Darien, Illinois 60561

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7009 2250 0003 4016 9235

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NEREIDA MENDEZ,

       Plaintiff,

    v.

DENTISTS, P.C., DENTAL PROFILE, LTD.,
PERLA DENTAL, DENTAL PROFILE,

       Defendants.

Case No.  04 C 4159

Judge Samuel Der-Yeghiayan

## <u>CITATION TO DISCOVER ASSETS TO THIRD PARTY</u>

To:    **Republic Bank of Chicago**
       **Legal Department**
       **2221 Camden Court**
       **Oakbrook, Illinois 60523**

       **YOU ARE COMMANDED** to appear at Kurtz Law Offices, LLC, 414 South State Street, Lockport, Illinois on <u>**October 21, 2010 at 1:00 p.m.**</u> to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

       A judgment in favor of Nereida Mendez was entered herein on April 27, 2007 in the amount of $781,181.25 against Defendants DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, which remains unsatisfied.

       **Your answer will inform the Court as to any and all accounts and property you may hold belonging to, held in part by, or for which any deposits and/or transactions were made DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE. Funds for these entities are being held under the account name of <u>AYA DENTAL, LTD, AYA DENTAL, HUSAM ALDAIRI, RAWAA ATTAR, DENTISTS, P.C., DENTAL PROFILE, LTD., DENTAL PROFILE, INC., ELGIN DENTAL, LTD., ELGIN DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, HUSGUS, LLC, AKA DENTAL, LTD., AT DENTAL, LTD., DENTAL PROFILE MICHIGAN, LTD. , A2Z DENTAL, LTD., GUADALUPE DENTAL, INC., HYDE PARK DENTAL PROFILE, LTD., NORTH DENTAL PROFILE, INC., SAN VALENTINO, INC., AL DAIRI INVESTMENT PARTNERSHIP, AYAT MEDIA, INC., DENTAL PROFILE BURBANK.</u>**

       YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of the Court in accordance with the Federal Rules of Civil Procedure Rule 69 and Supreme Court Rule 277(f), or until this Citation is dismissed by the Court or by Stipulation.

       **YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by

or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of money beyond double the amount of the judgment.

**WARNING:** YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT. 735 ILCS 5/2-1402(d)(1).

**WARNING: YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

MICHAEL W. DOBBINS

CLERK

By: Deputy Clerk

OCT 07 2010

DATE

## CERTIFICATE OF ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

    1.     Judgment in the amount of $781,181.25
    2.     Name of Court: United States District Court, Northern District of Illinois
    3.     Case No. 04 C 4159

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS § 5/1-109 to the Court that the following information is true.

_____
Dana L. Kurtz

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD.
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

## <u>ANSWER</u>

I, _____, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)      Savings Account (Amount withheld)

         $_____

B)      Checking and/or Now Account (Amount withheld)

         $_____

C)      Certificate of Deposit (Amount held)

         $_____

D)      Money Market Account (Amount held)

         $_____

E)      Trust Account (Amount held)

         $_____

F)      Safety Deposit Box

         $_____

G)      Now Accounts

         $_____

H)      Adverse Claimant: Name _____

         Address:_____

I)      Wages, Salary or Commissions

         _____

J)      Other Personal Property (Describe)

_____

Attach a sheet for any additional information required by the Citation

Subtotal_____

Less right of offset for other loans

_____

Less deduction for fees limited by 205 ILCS § 5/48.1

_____

Total:

_____

According to the business records kept by the Citation Respondent we show the above account to be correct.

_____
Agent for Citation Respondent

Dated: _____

## CERTIFICATE OF SERVICE

I, Dana L. Kurtz, on oath states: I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows: on the third party by mailing a copy on October *11*, 2010, by certified mail addressed to agent of the third party defendant, return receipt requested, green card receipt of service attached hereto.

_____
Signed and sworn by party making service

October *11*, 2010
_____

**Attorney for Judgment Creditor:**

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD.
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

NEREIDA MENDEZ,

      Plaintiff,

      v.

DENTISTS, P.C., DENTAL PROFILE, LTD.,
PERLA DENTAL, DENTAL PROFILE,

      Defendants.

Case No. 04 C 4159

Judge Samuel Der-Yeghiayan

## CITATION TO DISCOVER ASSETS

To:    **Republic Bank of Chicago**
       **Legal Department**
       **2221 Camden Court**
       **Oakbrook, Illinois 60523**

     **YOU ARE COMMANDED** to appear at Kurtz Law Offices, LLC, 414 South State Street, Lockport, Illinois on **October 21, 2010 at 1:00 p.m.** to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

     A judgment in favor of Nereida Mendez was entered herein on April 27, 2007 in the amount of $781,181.25 against Defendants DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, which remains unsatisfied.

     **Your answer will inform the Court as to any and all accounts and property you may hold belonging to, held in part by, or for which any deposits and/or transactions were made DENTISTS, P.C., DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE. Funds for these entities are being held under the account name of <u>AYA DENTAL, LTD, AYA DENTAL, HUSAM ALDAIRI, RAWAA ATTAR, DENTISTS, P.C., DENTAL PROFILE, LTD., DENTAL PROFILE, INC., ELGIN DENTAL, LTD., ELGIN DENTAL PROFILE, LTD., PERLA DENTAL/DENTAL PROFILE, HUSGUS, LLC, AKA DENTAL, LTD., AT DENTAL, LTD., DENTAL PROFILE MICHIGAN, LTD. , A2Z DENTAL, LTD., GUADALUPE DENTAL, INC., HYDE PARK DENTAL PROFILE, LTD., NORTH DENTAL PROFILE, INC., SAN VALENTINO, INC., AL DAIRI INVESTMENT PARTNERSHIP, AYAT MEDIA, INC., DENTAL PROFILE BURBANK.</u>**

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of the Court in accordance with the Federal Rules of Civil Procedure Rule 69 and Supreme Court Rule 277(f), or until this Citation is dismissed by the Court or by Stipulation.

**YOU ARE COMMANDED** to produce at the examination:

See attached Exhibit A, Demand for Documents.

And all books, papers or records in possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

MICHAEL W. DOBBINS
_____
CLERK

By: Deputy Clerk
_____

OCT 07 2010
_____
DATE

## CERTIFICATE OF ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount of $781,181.25
2. Name of Court: United States District Court, Northern District of Illinois
3. Case No. 04 C 4159

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

Dana L. Kurtz

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

## EXHIBIT A
## DEMAND FOR DOCUMENTS

Unless otherwise specified, these requests require production of documents generated, created, possessed, or maintained by you at any time from January 1, 2003 to the present.

1.      Each and every document showing funds of Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and what accounts they are being held in, including in other account holder names.

2.      All bank accounts and bank statements from January 1, 2003 <u>to the present</u> for which any funds of the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank are being held or have been held, whether held in the name of the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or some other account name. Also produce all other documents reflecting all other information relating or referring to those accounts.

3.      Each document that relates or refers to the description and/or location of each parcel of real property in which the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank has an interest (including equitable and future interests, beneficial interests in land trusts, interests is estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for his own benefit).

4.      Each document that relates or refers to each of the following types of personal property in which the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank has as interest:

(a) Cash on hand, including but not limited to any funds located anywhere that are in the form of currency, coin, or precious metal

(b) Deposits of money with banking institutions, savings and loan associations, credit unions, public utility companies, landlords, and others (including, without limitation, checking accounts, savings accounts, and certificates of deposit)

(c) Automobiles, trucks, trailers, boats, and other vehicles

(d) Office equipment, furnishings, and supplies

(e) Machinery, fixtures, equipment, and supplies used in business

(f) Inventory and non-cash proceeds of inventory

(g) Tangible personal property of any description

(h) All intangible personal property

(i) Government bonds

(j) Notes receivable

(k) Other negotiable and non-negotiable instruments

(l) Insurance policies, including all documents which relate to or refer to surrender of refund values of each

(m) Stocks and interests in incorporated and unincorporated companies

(n) Interests in partnerships

(o) Liquidated debts owed to Judgment Debtor

(p) Contingent and unliquidated claims of every nature, including but not limited to accounts receivable

(q) All checking, savings, certificate of deposit, business banking, and personal banking accounts held jointly with your spouse, children, partners, associates, or corporation or directors, including any and all statements and cancelled checks for said accounts for the last five (5) calendar years

5. Each document that relates or refers to the market value of the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile,

Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank's interest in each type of personal property referred to in paragraph 2 above.

6.    Each federal and state income tax return filed by the Judgment Debtor Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank for 2010.

7.    Each financial statement filed by or which relates to the Judgment Debtors and AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank for any period of time within the past five (5) years.

8.    Any partnership agreement or statements and recordings concerning this partnership within the past five (5) years, including but not limited to records of issued stock and consideration paid therefor, and records of salaries paid to any employee, officer, and agent of the partnership within the past five (5) years.

9.    General ledger, cash receipts and disbursement ledger, accounts payable, or other ledgers or journals used by the company to prepare financial statements and/or tax returns for AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, in computer form if kept as such in the ordinary course of business, or in the alternative, in hard copy form;

10.    General ledger, cash receipts and disbursement ledger, accounts payable, or other ledgers or journals used by the company to prepare financial statements and/or tax returns for Husam Aldairi in computer form if kept as such in the ordinary course of business, or in the alternative, in hard copy form;

11.    General ledger, cash receipts and disbursement ledger, accounts payable, or other ledgers or journals used by the company to prepare financial statements and/or tax returns for any affiliated companies or corporate entities, parent corporate entities, subsidiaries, predecessors, or successors of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank if kept as such in the ordinary course of business, or in the alternative in hard copy form.

12.    Copies of all documents constituting drafts, notes, or work papers relative to, regarding, or concerning the tax returns requested in the preceding two requests.

15.    Copies of all Income Statements, Profit/Loss Statements, Balance Sheets, audits (internal and external), or Statements of Net Worth of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or any affiliated companies or corporate entities, parent corporate entities, subsidiaries, predecessors, or successors of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

16.    Copies of all documents evidencing gross revenue, net revenue, gross profit, net profit, or retained earnings of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

17.    Copies of all documents evidencing any and all payments of money, transfer of assets, transfer of ownership interest in AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or transfer of any consideration to, for the benefit of, or on behalf of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and any company or corporation affiliated with AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or any family member related by blood or marriage to Husam Aldairi.

18.    Copies, of all documents evidencing any and all transfers, assignments, sales, or gifts of assets previously owned or possessed by AYA Dental, Ltd., AYA Dental, Husam

Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank from January 1, 2003 to the present.

19.     Copies of all documents evidencing any and all transfers, assignments, or sales of stock, shares, or ownership interests in AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank from January 1, 2003 to the present.

20.     Copies of all documents evidencing any payments or transfers of money to any of the owners of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, or their family members from January 1, 2003 to the present.

21.     Copies of all documents evidencing any loans of money between AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and any of its owners or their family members.

22.     Copies of all documents evidencing any current or long term indebtedness of AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

23.     Copies of all documents reflecting ownership of any property by AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank, and the sale or transfer of any of the same from January 1, 2003 to the present.

24.     A backup or "accountant's copy of Quickbooks" from January 1, 2003 to the present for AYA Dental, Ltd., AYA Dental, Husam Aldairi, Rawaa Attar, Dentists, P.C., Dental Profile, Ltd., Dental Profile, Inc., Elgin Dental, Ltd., Elgin Dental Profile, Ltd., Perla

Dental/Dental Profile, Husgus, LLC, AKA Dental, Ltd., AT DENTAL, Ltd., Dental Profile Michigan, Ltd., A2Z Dental, Ltd., Guadalupe Dental, Inc., Hyde Park Dental Profile, Ltd., North Dental Profile, Inc., San Valentino, Inc., Al Dairi Investment Partnership, AYAT Media, Inc., Dental Profile Burbank.

## DEFINITIONS

As used in the foregoing DEMAND FOR DOCUMENTS, the following words and phrases have the stated definitions:

| | |
|---|---|
| "Document" | means writings, drawings, graphs, charts, photographs, passbooks, checks, certificates, deeds, mortgages, and all other written records of any type whatsoever. |

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

## CERTIFICATE OF SERVICE

I, Dana L. Kurtz, on oath states: I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows: on the third party by mailing a copy on October //, 2010, by certified mail addressed to agent of the third party defendant, return receipt requested, green card receipt of service attached hereto.

_____
Signed and sworn by party making service

October //, 2010
_____


**Attorney for Judgment Creditor:**

Dana L. Kurtz, Esq. (6256245)
KURTZ LAW OFFICES, LTD
414 South State Street
Lockport, Illinois 60441
Phone: 815.838.0968
Facsimile: 312.893.2239
E-mail: dkurtz@kurtzlaw.us

# U.S. Postal Service ™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 6.49 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

Postmark
Here

MENDEZ
10.11.10

7009 2250 0003 4016 9259

Sent To  REPUBLIC BANK OF CHICAGO DEPT
LEGAL

Street, Apt. No.; or PO Box No.  2021 CAMDEN CKT.

City, State, ZIP+4  OAKBROOK, IL 60523

PS Form 3800, August 2006          See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* ) Vicki D. Jones   C. Date of Delivery 10/14/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Republic Bank of Chicago
Legal Department
2221 Camden Court
Oakbrook, Illinois 60523

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7009 2250 0003 4016 9259

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

**REPUBLIC BANK OF CHICAGO**
Tax I. D. number 36-2533919

**RESEARCH WORK REQUEST**
**ESTIMATE**

**Date:**        August 27, 2010
**Document:**    Citation –rider for documents

---

**WORK REQUESTED:**        All records pertaining to the following individuals and
business entities whether held jointly or severally or as trustee or fiduciary as well
as custodian, executor or guardian as well as any other entity in which these
individuals or entities may have a financial interest: Dentist, PC, Dental Profile,
LTD, et al.

| Description | Estimated Items (per) | Totals |
|---|---|---|
| Photocopies - | $ .30 x 1,000 | $ 300.00 |
| Search and Processing | $ 20.00  per hour x 4 | $  80.00 |
| UPS shipping charge | | $  20.00 |

$ 400.00

**REPUBLIC BANK OF CHICAGO**
Tax I. D. number 36-2533919

**RESEARCH WORK REQUEST**
**ESTIMATE**

**Date:**      March 4, 2011
**Document:**  Account documents

---

**WORK REQUESTED:**      All records pertaining to the following individuals and
business entities whether held jointly or severally or as trustee or fiduciary as well
as custodian, executor or guardian as well as any other entity in which these
individuals or entities may have a financial interest: Dentists PC, et al.

| Description | Estimated Items (per) | Totals |
|---|---|---|
| Photocopies | $ .30 / copy x 686 | $ 205.80 |
| Search and Processing | $ 20.00 / hour x  6 | $ 120.00 |
| UPS shipping charge | | $  20.00 |
| | | $  345.80 |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO:  20100146

**MAKE CHECKS PAYABLE TO:**

Dana L. Kurtz
Kurtz Law Offices, Ltd.
414 South State Street
Lockport, IL 60441

Phone:   (815) 838-0968

LAURA LACIEN, /RL III, LTD
Official Court Reporter
219 South Dearborn Street
Suite 1902
Chicago, IL 60604

Phone:      (312) 408-5032
FAX         (312) 663-3840
Tax ID:     36-4541869
Laura_Lacien@ilnd.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 10-22-2010 | 10-27-2010 |

**Case Style:** 04 C 4159, Nereida Mendez v Perla Dental
Transcript of Proceedings before the Hon. Samuel Der-Yeghiayan.  Taken on
October 15, 2010.  69 total pages, 68 billable.

TERMS:   COD

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 68 | 4.25 | 289.00 | | 0.90 | | | 0.60 | | 289.00 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 289.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 5612**   **Deposit Date: 10-22-2010** | LESS AMOUNT OF DEPOSIT: | 340.00 |
| **Check No: 3732**   **Refund Date:  10-26-2010** | TOTAL REFUND: | 51.00 |
| | TOTAL DUE: | $0.00 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*